James S. Davis CALBAR NO.207963
Email: Jamesdee3080@msn.com
James S. Davis Attorney at Law
730 Broadway, Suite 102
Chula Vista CA 91910
(619) 934-4600
Of Counsel for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LHF PRODUCTIONS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **DOE-184.178.27.204** <br><br> Defendant. | Case No.: **'16CV2288 CAB JLB** <br><br> PLAINTIFF'S FRCP 7.1 DISCLOSURE <br><br> CivLR 40.2  NOTICE OF FINANCIAL INTEREST |

Pursuant to Federal Rule of Civil Procedure 7.1 and CivLR 40.2, plaintiff states A&T IP, Inc. (Nevada corporation) is the parent company of LHF Productions, Inc. and no publicly held corporation owns 10% or more of their stock.

DATED: September 9, 2016.

Respectfully submitted,

/s/James S. Davis
James S. Davis CALBAR NO.207963
Jamesdee3080@msn.com
619-934-4600
Of attorneys for the plaintiff

FRCP 7.1 / CIVLR 40.2 NOTICE - 1